UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEMETRIA A. FOSTER**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                         **N0: 22-4377**

**WHITE HOUSE, ET AL.**                                                             **SECTION: "I" (5)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Demetria A. Foster, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 31st day of January, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**